DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYMONDE FONTIL,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2005-RP3, DUPERVIL PIERRE** A/K/A **DUPERVILLE PIERRE, RAINIER REALTY GROUP, INC., SALVATORE J. DAVIDE, AS SUCCESSOR TRUSTEE, CITY OF MIRAMAR, FLORIDA,** and **UNITED STATES OF AMERICA ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT,**
Appellees.

No. 4D16-4003

[November 30, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Judge; L.T. Case No. CACE13025332.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Brittney Lauren Bell, Emily Y. Rottman and Sara F. Holladay-Tobias of McGuireWoods LLP, Jacksonville, for appellee U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2005-RP3.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***